UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN MATEO-PONCE (A-Number: 220-200-148),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>Respondent. | No. 1:26-cv-02717-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>Docs. 1, 12 |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2026,[1] the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering respondents to provide petitioner with a bond hearing. Doc. 12. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.

[1] The findings and recommendations were signed on July 15, 2026, but not docketed until July 16, 2026.

On July 29, 2026, respondents filed a one sentence objection, objecting "for the reasons stated in its prior responsive pleadings." Doc. 13.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondent's objection, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Respondent's argument that petitioner, who was previously released by immigration officials, is subject to mandatory detention under 8 U.S.C. § 1225(b) is not consistent with *Rodriguez Vazquez v. Bostock*, --- F.4th ---, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026). And respondent's argument that petitioner does not have due process rights in any form other than the form provided by Congress has been rejected by the Court in prior cases. *See e.g., Clene C.D. v. Robbins*, No. 1:25-CV-01463-KES-SKO (HC), 2026 WL 84302 (E.D. Cal. Jan. 12, 2026).

The Court ORDERS:

1. The findings and recommendations issued on July 16, 2026, Doc. 12, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents are ORDERED to provide petitioner Darwin Mateo-Ponce (A-Number: 220-200-148) with a bond hearing before a neutral decisionmaker within seven (7) of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within seven days, then respondents must

release him.

4. The Clerk of Court is directed to serve California City Detention Center with a copy of this Order.
5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated: August 6, 2026

UNITED STATES DISTRICT JUDGE